1902.) Action by Etta Russett against the town of Carrollton. No opinion. Judgment and order affirmed, with costs.

---

SAYRES, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) Action by Phebe H. Sayres, for the benefit of Grace E. McTernan, against the city of New York and another. No opinion. Judgment affirmed, with costs.

---

SCHEFTEL v. VIRGINIA HOT SPRINGS CO. (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by Herbert A. Scheftel against the Virginia Hot Springs Company. No opinion. Motion denied.

---

SCHLEISSNER, Respondent, v. SCHLEISSNER, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Ernestine Schleissner against Morris Schleissner. No opinion. Judgment affirmed, with costs. See 76 N. Y. Supp. 577.

---

SCHOLZ v. NEW YORK & H. R. CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Franziska Scholz against the New York & Harlem Railroad Company. No opinion. Motion denied.

---

SEAVER, Respondent, v. ROCHEVOT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Action by Joseph V. Seaver, as committee, etc., against Oscar P. Rochevot and another. No opinion. Judgment affirmed, with costs, on opinion of Spring, J., in Rochevot v. Rochevot (decided at present term of court) 77 N. Y. Supp. 788.

---

In re SEWARD PARK. (Supreme Court, Appellate Division, First Department. June 13, 1902.) In the matter of Seward Park. No opinion. Motion granted.

---

SHAW et al. v. NEW YORK EL. R. CO. et al. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Action by Samuel T. Shaw and others against the New York Elevated Railroad Company and another. No opinion. Motion granted, so far as to allow case to be taken from files, on payment of $10 costs of motion and $10 costs of term.

---

SHIPMAN v. BELL et al. (Supreme Court, Appellate Division, First Department. July 8,

1902.) Action by William Shipman, as trustee, against William H. Bell and others. No opinion. Motion denied.

---

SIPP v. SIEGEL–COOPER CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by George A. Sipp against the Siegel-Cooper Company. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

---

SLATER et al. v. SLATER. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Action by Cecelia L. Slater and another against James Slater. No opinion. Motion denied.

---

SMALL, Appellant, v. MULLER et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Fenwick B. Small, as trustee in bankruptcy, etc., against Conrad Muller and another. No opinion. Order affirmed, with $10 costs and disbursements. See 73 N. Y. Supp. 667.

---

SMIDT, Respondent, v. WOOD, Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Allan Lee Smidt against May E. Wood. D. A. Levien, for appellant. S. C. Crane, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

SMITH, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) Action by Anna Smith against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

---

SMITH et al., Respondents, v. WANAMAKER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 3, 1902.) Action by De Wane B. Smith and another against John Wanamaker and others. No opinion. Judgment affirmed, with costs.

---

SPINDLER v. GIBSON. (Supreme Court, Appellate Division, First Department. June 13, 1902.) Action by Annie Spindler against Mary E. Gibson. No opinion. Motion denied.

---

SPRAGUE, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 13,